ACCEPTED
01-15-00178-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00178-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 10:18:00 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS AT HOUSTON

**JUAN REYES, JR.,**

*Appellant,*

v.

**THE STATE OF TEXAS,**

*Appellee.*

Appealed from the 184th District Court
of Harris County, Texas
Trial Court Cause Number 1313736

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR APPELLANT
JUAN REYES, JR.

NO. 01-15-00178-CR

---

IN THE COURT OF APPEALS FOR
THE FIRST DISTRICT OF TEXAS
AT HOUSTON

---

**JUAN REYES, JR.,**

*Appellant,*

v.

**THE STATE OF TEXAS,**

*Appellee.*

---

Appealed from the 184th District Court
of Harris County, Texas
Trial Court Cause Number 1313736

---

**MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JUAN REYES, Appellant, by and through his attorney of record on appeal, Joseph Salhab, files this Motion for Extension of Time to File Appellant's Brief. In support of said motion, the Appellant shows the Court the following:

2

I.

The Appellant was convicted in the 184th District Court of Harris County, Texas, on or about February 12, 2015 in Cause Number 1313736, of Capital Murder and sentenced to life imprisonment without the possibility of parole. Appellant gave timely notice of appeal.

II.

Appellant's brief was due on November 7, 2015. This is Appellant's fourth Motion for Extension.

III.

Appellant is requesting the Court grant an extension of twenty-one (21) days for filing the Appellant's Brief until November 28, 2015.

IV.

Appellant's request for an extension of time is being filed concurrently with Appellant's brief.

WHEREAS, PREMISES CONSIDERED, Appellant prays that the Court grant an extension of twenty-one (21) days until November 28, 2015, to file Appellant's Brief.

Respectfully submitted,

_____/s/ Joseph Salhab___
By:    Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel:   (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR APPELLANT
JUAN REYES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing motion was delivered to the Harris County District Attorney's Office via notice of electronic filing (NEF), on the 28th day of November, 2015.

_____/s/ Joseph Salhab_____
JOSEPH SALHAB